## CIVIL CAUSE ON TRIAL

BEFORE JUDGE: Bernard A. Friedman     DATE: 8/7/12     TIME: 9:00AM

DOCKET NUMBER: 05CV3133

TITLE: SNOUSSI VS BINOVA, ET AL

COURT DEPUTY: Vivian Klein          CR: Marsha Diamond

APPEARANCES:

| | |
|---|---|
| FOR PLAINTIFF: | Christopher Moore, Christopher Maranto |
| FOR PLAINTIFF: | David Oliwenstein, Jerelin Buzetta |
| FOR PLAINTIFF: | Kyle Anthony Harris, Jennifer L. Kroman |
| FOR DEFENDANT: | AUSA - Catherine Mirabile |
| FOR DEFENDANT: | AUSA - Ameet Kabrawala |
| FOR DEFENDANT: | AUSA - David Michael Eskwe |

__X__ CASE CALLED.

____ JURY ORDERED AND VOIR DIRE BEGINS   ____ VOIR DIRE CONT'D.

____ JURY SELECTED AND SWORN.

____ PLAINTIFF OPENS   ____ DEFENDANT OPENS   ____ TRIAL BEGINS

__X__ TRIAL RESUMED.   SUMMATIONS CONTINUED TO __  _____  _____.

____ PLTFF RESTS.   ____ DEFT RESTS.

____ PLTFF SUMMATION.   __X__ DEFT SUMMATION.   __X__ PLTFF REBUTTAL.

__X__ JURY CHARGED

__X__ DELIBERATIONS BEGIN.

__X__ JURY REACHES VERDICT.   ____ FOR THE PLAINTIFF   __X__ FOR THE DEFENDANT

__X__ JURY POLLED.   __X__ JURY EXCUSED WITH THE THANKS OF THE COURT.

__X__ TRIAL CONCLUDED.